# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL COMPLAINT

Charles A. Jones,

_____,

*(Write the full name of each Plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Chelsea Barker,

Quandris Grines,

Francisco Santiago,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Dr. Mount

1-26-cv-57 AW/MAF

Case No.: _____
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**

FILED USDC FLND GV
MAR 4 '26 AM 11:04
ac

## I. PARTIES TO THIS COMPLAINT

### A. Plaintiff(s)

1. Plaintiff's Name: *CHARLES A. JONES*

Address: *908 SE 20th Street*

City, State, and Zip Code: *GAINESVILLE, FL 32641*

Telephone: *904-534-5619* *(Home)* _____ *(Cell)*

2. Plaintiff's Name: _____

Address: _____

City, State, and Zip Code: _____

Telephone: _____ *(Home)* _____ *(Cell)*

*(Provide this information for any additional Plaintiffs in this case by attaching an additional page as needed.)*

### B. Defendant(s)

1. Defendant's Name: *CHELSEA BARKER*

Name of Employer *(if relevant)*: *DEPT OF VA*

Address: *619 South MARION AVENUE*

City, State, and Zip Code: *LAKE City, FL 32025-5904*

2. Defendant's Name: QUANDRIS GAINES

Name of Employer (if relevant): Dept of VA

Address: 1601 SW Archer Rd

City, State, and Zip Code: Gainesville, Florida 32608

3. Defendant's Name: Francisco Jose Santiago

Name of Employer (if relevant): Dept of VA

Address: 1601 SW Archer Road

City, State, and Zip Code: Gainesville, Florida 32608

*(Provide this information for any additional Defendants in this case by*

*attaching additional pages as needed.)* Dr, Mount Dept of VA
1601 SW Archer Road
Gainesville, Florida
32608

## II. BASIS FOR JURISDICTION

Federal courts have limited jurisdiction. Generally, only two types of cases

may be heard in federal court: (1) a case involving a federal question or (2)

case involving diversity of citizenship of the parties. A "federal question"

case arises under the United States Constitution or federal laws or treaties. 28

U.S.C. § 1331. A "diversity" case means a citizen of one State sues a citizen

of another State or nation. No defendant may be a citizen of the same State as

any Plaintiff in a diversity case, and the amount in controversy must be more

than $75,000.  28 U.S.C. § 1332.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question        ☐ Diversity of Citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question:

List the specific federal statutes, federal treaties, and/or provisions of the

United States Constitution that are at issue in this case: _____

Civil 28 U.S.C § 4101 DEFAmation OF Character
DEFENDANT LiED uNDER OATh ABout the PLAiNTff
CAuSiNg his CASE to Be Dismissed
_____

B.  If the Basis for Jurisdiction is Diversity of Citizenship:

1. Plaintiff(s)

a.  Plaintiff is an individual and a citizen of: _FLORiDA_

b.  If any Plaintiff is a business or corporation, list the State where the

business is incorporated _N/A_ or has its principal

place of business: _N/A_

_____

*(Note: Businesses/Corporations must be represented by counsel.*

*Attach additional page to provide this information for additional Plaintiffs.)*

2. Defendant(s)

   a. If the Defendant is an individual, identify their citizenship below.

      1. Defendant *(name)* CHELSEA BARKER

         is a citizen of *(State)* FLORIDA

      2. Defendant *(name)* QUANDRIS GAINES

         is a citizen of *(State)* FLORIDA

      3. Defendant *(name)* FRANCISCO SANTIAGO

         is a citizen of *(State)* FLORIDA

   b. If the Defendant is a corporation or business, list the state of incorporation or principal place of business below.

      1. Defendant *(name)* DR. MOUNT

         State of Incorporation is FLORIDA

         or Principal Place of Business is FLORIDA

      2. Defendant *(name)* _____

         State of Incorporation is _____

         or Principal Place of Business is _____

      *(Attach additional page if necessary to list all Defendants.)*

   3. Have you previously been involved in litigation with one or more

of the named Defendants?

☑ Yes    ☐ No

If yes, identify prior case #: 1; 24 cv54 MW/m AF    Date: MAR 2, 2026

Court: U.S. District Court Northern District

Defendant: Chelsea Barker, Quandris Gaines, Francisco Santiago, OR Mount

Judge: MARK E. WALKER

Result: CASE Dismissed

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do; identify how each Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

IN short the ABOVE NAMES of the DEFENDANTS Lied under OATh iN Court

ON MARCh 2, 2026 A BENCh TRiAL, CAUSiNg A DEFAMATiON OF ChARACtER towARDE The PLAiNtFF MAKiNg FALSE PUBLiC STATEMEHS UNDER OATh CAUSiNg His CASE TO BE DiSMisSED.

## IV. RELIEF REQUESTED

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. PLAiNtFF is REQUEStiNg 50,000 FROM EACh OF the DEFENDANts thAt LiED UNDER OATh CAUSiNg DEFAMAtiON OF ChARACtER FOR PLAiNtFF Who WAS PRO SE At TRiAL CAUSiNg him to hAVE his CASE DimisSED WhiCh The AWARD COULD hAVE BEEN (200,000)

## V. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending,

modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: MARCH 3Rd 2026    Plaintiff's Signature: Charles A. Jones

Printed Name of Plaintiff: CHARLES A. JONES

Address: 906 SE 20th street

GAINESVILLE, FLORIDA

E-Mail Address: CHARLES, JONES943@YAhoo.com

Telephone Number: 904-534-5419

*(Additional signature pages must be attached if there is more than one Plaintiff.)*