**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CHARLES A. JONES,**

      **Plaintiff,**

**v.**                                                      **Case No. 1:26-cv-57-AW-MAF**

**CHELSEA BARKER, QUANORIS
GAINES, FRANCISCO SANTIAGO,
and DR. MOUNT,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has not complied with a court order, and he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on that basis. It appears Plaintiff has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on June 5, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge